Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Dominique Juliet Park
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY - 3 2022

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YURIY P. ANISHCHENKO,<br><br>Defendant. | 2:22-CR-57-TOR<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. § 1343<br>Wire Fraud<br>(Counts 1-3)<br><br>18 U.S.C. § 981(a)(1)(C) and<br>28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

General Allegations

1. At all times relevant to this Indictment, the Defendant, YURIY P. ANISHCHENKO, was a resident of Spokane, Washington.

2. The Economic Injury Disaster Loan ("EIDL") program is a Small Business Administration ("SBA") program that provides low-interest funding to small businesses, renters, and homeowners affected by declared disasters.

3. On March 27, 2020, the President signed into law the Coronavirus Aid, Relief, and Economic Security ("CARES") Act. This Act, along with the Coronavirus Preparedness and Response Supplemental Appropriations Act, authorized the SBA to provide EIDLs of up to $2 million to eligible small businesses

INDICTMENT – 1

1  experiencing substantial financial disruption due to the COVID-19 pandemic. In
2  addition, the CARES Act authorized the SBA to advance up to $10,000 to a small
3  business within three days of its application for an EIDL. The amount of the advance
4  was determined by the number of employees claimed and certified by the small
5  business. Those advances did not have to be repaid.

6      4.    In order to obtain an EIDL and advance, a qualifying small business
7  must submit an application to the SBA and provide information about its operations,
8  such as the number of employees, gross revenues for the 12-month period preceding
9  the disaster, and cost of goods sold in the 12-month period preceding the disaster.
10 In the case of EIDLs for COVID-19 relief, the 12-month period was the year
11 preceding January 31, 2020. The applicant must also certify that all the information
12 in the application is true and correct to the best of the applicant's knowledge.

13     5.    The amount of an EIDL, if the application is approved, is determined
14 based, in part, on the information provided in the application about employment,
15 revenue, and cost of goods, as set forth above. Any funds issued under an EIDL or
16 advance are issued directly by the SBA. EIDL funds can be used for payroll
17 expenses, sick leave, production costs, and business obligations, such as debts, rent,
18 and mortgage payments. If the applicant also obtains a loan under the Paycheck
19 Protection Program, the EIDL funds cannot be used for the same purpose as the
20 Paycheck Protection Program funds.

21     6.    EIDL applications are received in cloud-based platforms. The location
22 of the server through which the EIDL application is submitted is based on the date
23 the application was processed by SBA and the application number. During the time
24 period relevant to this Indictment, all EIDL applications were received in a
25 Microsoft cloud-based platform using a Rapid Finance application, through SBA
26 servers located in Des Moines, Iowa.

27
28

INDICTMENT – 2

## COUNTS 1-3

7. The allegations in paragraphs 1 through 6 of this Indictment are incorporated as though realleged herein.

### The Scheme

8. Beginning in or around June 2020, and continuing through at least on or about July 14, 2020, in the Eastern District of Washington and elsewhere, the Defendant, YURIY P. ANISHCHENKO, devised and intended to devise a scheme to defraud the SBA, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

9. Specifically, the Defendant, YURIY P. ANISHCHENKO, applied for, or caused the application for, two EIDLs using false information about his purported company, Sage Hollow Management, and his wife's purported company, Grace Summers Enterprise, with the intent to defraud, steal, and convert the proceeds of the EIDLs to the Defendant, YURIY P. ANISHCHENKO, for his personal use and without any intent to use the proceeds thereof for any authorized purpose, or any intent to repay the EIDLs.

### Manner and Means

It was part of this scheme that:

#### Sage Hollow Management

10. On or about June 25, 2020, the Defendant, YURIY P. ANISHCHENKO, applied for an EIDL by submitting application number 3306636455 to the SBA under the name of his purported business, Sage Hollow Management. The Defendant, YURIY P. ANISHCHENKO, identified Sage Hollow Management as a business located in Spokane, Washington.

11. The Defendant, YURIY P. ANISHCHENKO, falsely stated, in the application, that Sage Hollow Management had 23 employees as of January 31, 2020, and that its gross revenues for the 12-month period prior to January 31, 2020 were $595,321.

INDICTMENT – 3

12. The Defendant, YURIY P. ANISHCHENKO, certified that the information in the application was true and correct to the best of his knowledge, under penalty of perjury and other criminal penalties for false information.

13. These representations and certifications were materially false. In fact, Sage Hollow Management was not a functioning business as of January 31, 2020. Sage Hollow Management did not have 23 employees nor the gross revenues claimed in the EIDL application. Accordingly, Sage Hollow Management and the Defendant, YURIY P. ANISHCHENKO, were not eligible for any EIDL funding.

14. In EIDL application number 3306636455, the Defendant, YURIY P. ANISHCHENKO, provided for disbursement a personal bank account in his name held at Wells Fargo, account number X-7011. Wells Fargo is a federally insured financial institution, the deposits of which are insured by the Federal Deposit Insurance Corporation.

15. As a result of the fraud and relying on the materially false and fraudulent representations and certifications made by the Defendant, YURIY P. ANISHCHENKO, SBA approved the requested EIDL for Sage Hollow Management, and, on or about July 13, 2020, disbursed $149,900 into the Wells Fargo personal account ending in X-7011. At the time of disbursement of the EIDL, this Wells Fargo personal account held approximately $58.

Grace Summers Enterprise

16. On or about June 25, 2020, the Defendant, YURIY P. ANISHCHENKO, applied for an EIDL by submitting application number 3306638649 to the SBA, under the name of his wife's purported business, Grace Summers Enterprise. The Defendant, YURIY P. ANISHCHENKO, identified Grace Summers Enterprise as a business located in Spokane, Washington at the same address as Sage Hollow Management.

17. The Defendant, YURIY P. ANISHCHENKO, falsely stated, in the application, that Grace Summers Enterprise had 24 employees as of January 31,

INDICTMENT – 4

2020, and that its gross revenues for the 12-month period prior to January 31, 2020 were $595,899.

18. The Defendant, YURIY P. ANISHCHENKO, certified that the information in the application was true and correct to the best of his knowledge, under penalty of perjury and of other criminal penalties for false information.

19. These representations and certifications were materially false. In fact, Grace Summers Enterprise was not a functioning business as of January 31, 2020. Grace Summers Enterprise did not have 24 employees nor the gross revenues claimed in the EIDL application. Accordingly, Grace Summers Enterprise and the Defendant, YURIY P. ANISHCHENKO, were not eligible for any EIDL funding.

20. In EIDL application number 3306638649, the Defendant, YURIY P. ANISHCHENKO, provided for disbursement a business bank account associated with Grace Summers Enterprise held at Wells Fargo, account number X-9537. Wells Fargo is a federally insured financial institution, the deposits of which are insured by the Federal Deposit Insurance Corporation.

21. As a result of the fraud and relying on the materially false and fraudulent representations and certifications made by the Defendant, YURIY P. ANISHCHENKO, SBA approved the requested EIDL for Grace Summers Enterprise, and, on or about July 6, 2020, disbursed $149,900 into the Wells Fargo business account ending in X-9537. At the time of disbursement of the EIDL, the Wells Fargo business account held approximately $202.46.

22. As a result of the fraud and relying on the materially false and fraudulent representations and certifications made by the Defendant, YURIY P. ANISHCHENKO, SBA approved the requested EIDL advance for Grace Summers Enterprise, and, on or about July 14, 2020, disbursed $10,000 into the Wells Fargo business account ending in X-9537.

23. On or about each of the dates set forth below, in the Eastern District of Washington and elsewhere, the Defendant, YURIY P. ANISHCHENKO, for the

INDICTMENT – 5

purpose of executing the scheme described above, caused to be transmitted by means of wire communication in interstate commerce the signals and sounds described below for each count, each transmission constituting a separate count:

| Count | Approx. Date | Description |
|---|---|---|
| 1 | July 6, 2020 | Electronic funds disbursement of $149,900 in EIDL funds were initiated on or about July 1, 2020, by the SBA Denver Finance Center located in Denver, Colorado, which transmitted the payment information through the FMS system to the Treasury and, on or about July 6, 2020, electronically deposited $149,900 into Wells Fargo business account X-9537 associated with Grace Summers Enterprise in the Eastern District of Washington. |
| 2 | July 13, 2020 | Electronic funds disbursement of $149,900 in EIDL funds were initiated on or about July 9, 2020, by the SBA Denver Finance Center located in Denver, Colorado, which transmitted the payment information through the FMS system to the Treasury and, on or about July 13, 2020, electronically deposited $149,900 into the personal Wells Fargo Account X-7011 and associated with Anishchenko in the Eastern District of Washington. |
| 3 | July 14, 2020 | Electronic funds disbursement of $10,000 in EIDL funds were initiated on or about July 13, 2020, by the SBA Denver Finance Center located in Denver, Colorado, which transmitted the payment information through the FMS system to the Treasury and, on or about July 14, 2020, electronically deposited $10,000 into Wells Fargo business account X-9537 and associated with Grace Summers Enterprise in the Eastern District of Washington. |

All in violation of 18 U.S.C. § 1343.

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated herein by this reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 1343, as set forth in Counts 1-3

INDICTMENT – 6

of this Indictment, the Defendant, YURIY P. ANISHCHENKO, shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the offense. The property to be forfeited includes, but is not limited to, the following:

### MONEY JUDGMENT

A sum of money equal to $309,800 in United States currency, representing the amount of proceeds obtained by the Defendant, YURIY P. ANISHCHENKO, from the wire fraud violations.

If any of the property described above, as the result of any act or omission of the Defendant, YURIY P. ANISHCHENKO:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third party;
(c) has been placed beyond the jurisdiction of the court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

DATED this 3 day of May 2022.

A TRUE BILL.

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*[signature]*
Dominique Juliet Park
Assistant United States Attorney

INDICTMENT – 7