# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
### Spokane

**USA v. YURIY P. ANISHCHENKO**           Case No.   2:22-CR-0057-TOR-1

**Arraignment on Superseding Indictment:**                                02/14/2023

| | | | |
|---|---|---|---|
| ☒ | Melissa Orosco, Courtroom Deputy | ☒ | Dan Fruchter, US Atty |
| ☒ | Patrick J. Dennis, US Probation / Pretrial Services Officer | ☒ | Tyler Tornabene, US Atty |
| ☒ | Defendant present ☒ out of custody | ☒ | Molly Winston, Defense Atty |
| | | ☒ | Interpreter **NOT REQUIRED** |

| | | | |
|---|---|---|---|
| ☒ | Rights given | ☐ | Defendant continued detained |
| ☒ | Acknowledgment of Rights filed | ☒ | Conditions of release as previously imposed |
| ☒ | Defendant received copy of Superseding Indictment | | |
| ☒ | Defendant waived reading of Superseding Indictment | | |
| ☐ | Superseding Indictment read in open court | | |

## REMARKS

Defendant appeared, out of custody, with counsel and acknowledged to the Court that his true and correct name is YURIY P. ANISHCHENKO.

Defendant was advised of his rights and the allegations contained in the Superseding Indictment.

"Not guilty" plea entered.
Counsel has been appointed to represent Defendant and that appointment is confirmed.

Detention previously addressed and issue does not need to be revisited at this time.

**The Court ordered:**
1. Discovery to be provided according to Local Rules on discovery.
2. Oral order issued confirming the Government's disclosure obligations under the Due Process Protections Act and the possible consequences of violation of said order.
3. Conditions of release previously heard and determined. *Pre-existing conditions of release* will remain in full force.

Digital Recording/S-740          Time:  1:29 p.m. – 1:38 p.m.          Page 1